F I L E D
Clerk
District Court

MAY 23 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>SAMUEL RAYBURN,<br><br><br>    Defendant. | Criminal Case No. 07-00019<br><br>I N D I C T M E N T<br><br>Title 21 U.S.C., §§ 846– Drug Conspiracy (Ct. 1); and<br><br>Title 21 U.S.C., §§ 841(a)(1) & 841(b)(1)(C)- Distribution And Possession With Intent To Distribute A Controlled Substance (Ct. 2). |

THE GRAND JURY CHARGES:

### COUNT ONE

### Conspiracy To Possess With Intent To Distribute And To Distribute A Controlled Substance

  1. From on or about May 25, 2006, to in or about May 30, 2006, in the District of the Northern Mariana Islands and elsewhere, SAMUEL RAYBURN, the defendant, and others known and unknown, unlawfully, wilfully and knowingly, combined, conspired, confederated and agreed, together and with each other, to distribute and possess with intent to distribute a controlled substance, namely, methamphetamine in the form commonly known as "ice."

  (Title 21, United States Code, Sections 846, 841(a)(1) & 841(b)(1)(C)).

THE GRAND JURY FURTHER CHARGES:

COUNT TWO

Distribution And Possession With Intent To Distribute A Controlled Substance

2. On or about May 25, 2006, in the District of the Northern Mariana Islands, SAMUEL RAYBURN, the defendant, unlawfully, wilfully and knowingly, distributed and possessed with intent to distribute a controlled substance, namely, approximately .40 grams of methamphetamine, in a form commonly known as "ice."

(Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).)

Dated this 23rd day of May, 2007.

A TRUE BILL.

_____
Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
TIMOTHY E. MORAN
Assistant United States Attorney