1  LEONARDO M. RAPADAS
   United States Attorney
2  TIMOTHY E. MORAN
   Assistant United States Attorney
3  DISTRICT OF THE NORTHERN
       MARIANA ISLANDS
4  Horiguchi Building, Third Floor
   P.O. Box 500377
5  Saipan, MP 96950
   Telephone: (670) 236-2982
6  Fax:          (670) 236-2985

7  Attorneys for United States of America

```
FILED
Clerk
District Court

MAY 23 2007

For The Northern Mariana Islands
By_____
        (Deputy Clerk)
```

8                UNITED STATES DISTRICT COURT

9                NORTHERN MARIANA ISLANDS

10 UNITED STATES OF AMERICA,        )   Criminal Case No. 07-00019
                                    )
11              Plaintiff,           )   **ORDER**
                                    )
12      v.                          )
                                    )
13 SAMUEL RAYBURN,                  )
                                    )
14              Defendant.           )
                                    )
15 _____  )

16

17      Upon the application of the United States of America, it is hereby ORDERED that the Clerk

18 shall maintain this file under seal until further order of the Court.

19

20

21

22                              _____
                                ALEX R. MUNSON
23                              UNITED STATES DISTRICT JUDGE