AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

DISTRICT OF _____the Northern Mariana Islands_____

FILED
Clerk
District Court

MAY 30 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

ORIGINAL

UNITED STATES OF AMERICA,

    Plaintiff,

V.

**SAMUEL RAYBURN,**

    Defendant.

## WARRANT FOR ARREST

CASE NUMBER: CR 07- 00019

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____**SAMUEL RAYBURN**_____
                                                                                                  Name

and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him with (brief description of offense)

    **Drug Conspiracy (Count 1); and**
    **Distribution And Possession With Intent To Distribute A Controlled Substance (Count 2)**

in violation of Title __21__ United States Code, Section(s) __846, 841(a)(1)__

and in violation of Title __21__ United States Code, Section (s) __841(b)(1)(B)__

| HONORABLE ALEX R. MUNSON | CHIEF JUDGE, DISTRICT COURT OF THE NMI |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| /s/ Alex R. Munson | 5-23-07    SAIPAN, CNMI |
| Signature of Issuing officer | Date and Location |

Bail fixed at $ __NO BAIL__   by __/s/ Alex R. Munson__
                                                                            Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at __Saipan, CNMI__
__Papago Residence__

| DATE RECEIVED 05-23-07 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 05-30-07 | W. M. Calvert CIDUSM #3056 | /s/ |

AO 442 (Rev. 12/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____  WEIGHT: _____

SEX: _____  RACE: _____

HAIR: _____  EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____