# MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

*******************************************************************

CR-07-00019                                             May 30, 2007
                                                        11:15 a.m.

### UNITED STATES OF AMERICA  -V- SAMUEL RAYBURN

PRESENT:   HON. ALEX R. MUNSON, CHIEF JUDGE  PRESIDING
           K. LYNN LEMIEUX, COURTROOM DEPUTY
           SANAE N. SHMULL, COURT REPORTER
           SAMUEL RAYBURN, DEFENDANT
           TIMOTHY MORAN, ASSISTANT U.S. ATTORNEY

PROCEEDINGS:   INITIAL APPEARANCE

Defendant appeared without counsel.  Government was represented by Timothy Moran and Eric O'Malley, AUSAs.

Government moved to unseal this case.  Court so ordered.

Defendant was examined as to his understanding of his constitutional rights, his right to trial and his understanding of the proceedings.

Defendant was advised that if he did qualify for a Court Appointed counsel that one would be appointed for him.  Defendant stated he wanted the Court to appoint counsel.  Court, after review of the affidavit, ordered the Clerk to appoint the next CJA attorney on the list.

Court set the arraignment hearing for 10:00 a.m. tomorrow morning.

Court remanded the defendant back into the custody of the U.S. Marshal until further order of the Court.

Adjourned at 11:18 a.m.

/s/K. Lynn Lemieux, Courtroom Deputy