MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS
****************************************************************************

CR-07-00019                                                   May 31, 2007
                                                              10:25 a.m.


### UNITED STATES OF AMERICA -vs- SAMUEL RAYBURN


PRESENT:    HON. ALEX R. MUNSON, CHIEF JUDGE PRESIDING
            K. LYNN LEMIEUX, COURTROOM DEPUTY
            SANAE SHMULL, COURT REPORTER
            TIMOTHY MORAN, ASSISTANT U.S. ATTORNEY
            DANILO AGUILAR, COURT-APPOINTED ATTORNEY FOR DEFENDANT
            SAMUEL RAYBURN, DEFENDANT

PROCEEDINGS:   ARRAIGNMENT

Defendant **SAMUEL RAYBURN** appeared with court appointed counsel, Attorney Danilo Aguilar. Government was represented by Timothy Moran, AUSA.

Defense stated that they were ready to proceed with the Arraignment.

Defendant was sworn and advised of his constitutional rights.

Defendant waived reading of the indictment and pled **NOT GUILTY** to the charges against him. Court set jury trial for **JULY 2, 2007 at 9:00 a.m.** Pretrial motions shall be filed by **June 14, 2007.**

Government moved that the defendant be held without bail pending trial. Defense argued on behalf of the defendant and requested that he be released with conditions.

Court ordered the defendant released on the following conditions:


1.   That the defendant shall submit to pretrial services supervision under the direction of the United States Probation Office and abide by all standard conditions and that he must report at any time as requested;

2.   The defendant must not leave the island of Saipan without written permission from the Court;

3.   That the defendant must not change his residence without first notifying the Court.

4. That the defendant shall not commit any offense in violation of federal, state or local law while on release in this case;

5. That the defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed.

6. That the defendant execute a secured bond in the amount of $25,000;

7. That the defendant be released to a third-party custodian acceptable to the Court;

8. That the defendant shall surrender his passport and any other travel documents and not obtain any other travel documents or passport;

9. That he refrain from possessing firearms, destructive device, or other dangerous weapons, or to have such weapons at his residence;

10. That he refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 USC 802, unless prescribed by a licensed medical practitioner who is licensed in the Commonwealth of the Northern Mariana Islands;

11. That he submit to any method of testing required by the pretrial services office or the supervising officer for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing;

12. That the defendant shall draw a map indicating the location of his residence and provide a contact telephone number;

13. That the defendant shall be under 24 hour house incarceration except for medical needs or treatment, religious services, appointments with his attorney and court appearances or any other emergency as pre-approved by the pretrial services officer or supervising officer;

14. That the defendant shall participate in the electronic monitoring program and abide by all the requirements of that program. Further, the defendant shall pay for the cost of the program based on his ability to pay as determined by the pretrial services office or supervising officer;

15. That the defendant shall refrain from any and all alcohol;

16. That the defendant shall avoid all contact, directly or indirectly, with any persons who are or who may become a victim or potential witness in the subject investigation or prosecution unless in the presence of his attorney and for the purpose of preparing for his defense;

17. That the defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or electronic monitoring which is required as a condition of release;

18. That the defendant shall participate in a program or inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the pretrial services office or supervising officer;

Defendant was remanded into the custody of the U.S. Marshal until further order of the Court.

Adj. 10:35 a.m.

/s/K. Lynn Lemieux, Courtroom Deputy