DANILO T. AGUILAR, F0198
Attorney at Law
P.O. Box 505301
First Floor San Jose Court Bldg,
Cor. Ghiyeghi St. & Wischira Way
San Jose, Saipan, MP 96950
TELEPHONE: (670) 234-8801
FAX: (670) 234-1251

Attorney for Defendant
Samuel Rayburn

IN THE UNITED STATES DISTRICT COURT

OF THE

NORTHERN MARIANA ISLANDS

| UNITED STATES OF AMERICA, Plaintiff, v. SAMUEL RAYBURN, Defendant. | Criminal Case No. 07-00019 **MOTION TO APPOINT INVESTIGATOR** |
|---|---|

Defendant SAMUEL RAYBURN, by and through Counsel Danilo T. Aguilar, hereby respectfully moves this Court to allow her to hire an investigator. This request is supported with the following:

On May 30, 2007, this Court appointed Mr. Aguilar as Counsel for the Defendant, Mr. Rayburn. See attached "Appointment of Counsel". The arraignment in this case was heard before this court at 10:00 a.m. on May 31, 2007. In that hearing , this court Ordered and set a Jury Trial to take place on July 2nd, 2007, only one month away from the date of this appointment. However, this matter is set for to waive speedy trial and to reset trial date.  It is anticipated that the trial will

1 be rescheduled several weeks from the date of this motion. Defendant's counsel
2 avers and justifies to this Court that the need for investigative services is necessary
3 because of the limited time.
4
5 In order for Counsel to adequately defend Mr. Rayburn in this
6 upcoming Jury Trial, an investigator is needed to assist counsel. However, Ms.
7 Rayburn does not have the necessary funds to hire an expert investigator. Mr.
8 Rayburn should be able to go into trial with a proper defense without regard to his
9 financial situation.
10
11 For the foregoing reasons, Mr. Rayburn respectfully requests that this
Court grant his motion and allow him to hire an investigator of his choice.
12
13 Respectfully submitted this 25th day of June, 2007.

_____
**DANILO T. AGUILAR, F0198**
Attorney for Defendant
Samuel Rayburn

**Office of the Clerk**
**District Court**
for the
**Northern Mariana Islands**
P.O. Box 500687
Saipan, MP 96950

Galo L. Perez
Clerk

Tel: (670) 236-2402
Facsimile: (670) 236-2910

May 30, 2007

TO : Danilo T. Aguilar, Esq.
Law Offices of Danilo T. Aguilar
P.O. Box 505301
Saipan, MP 96950
Tel: (670) 234-8801
Fax: (670) 234-1251

FROM : Galo L. Perez, Clerk of Court
BY: Tina P. Matsunaga, Deputy Clerk

SUBJECT : CJA - Appointment of Counsel
CR-07-00019
United States of America -vs- Samuel Rayburn

The Court has ordered your appointment as counsel to represent defendant **SAMUEL RAYBURN** in the above referenced matter. The Court has set **ARRAIGNMENT** for tomorrow, **MAY 31, 2007** at **10:00 A.M.**

Attached is a copy of the following documents for your reference:
1. Indictment filed on 5/23/2007;
2. Order filed on 5/23/2007;
3. Arrest Warrant Returned Executed, filed on 5/30/2007;
4. Financial Affidavit filed on 5/30/2007;
5. Minute Entry filed on 5/30/2007.

Should you need more information regarding the defendant, the case file will be made available to you at the Clerk's Office upon your request. Please respond or acknowledge your appointment immediately. Thank you very much for your understanding.

Acknowledge receipt of appointment by signing below

_____
Danilo T. Aguilar, Esq.