LEONARDO M. RAPADAS
United States Attorney
ERIC S. O'MALLEY
Assistant United States Attorneys
DISTRICT OF THE NORTHERN
   MARIANA ISLANDS
Horiguchi Building, Third Floor
P.O. Box 500377
Saipan, MP 96950
Telephone: (670) 236-2982
Fax: (670) 236-2985

Attorneys for United States of America

# UNITED STATES DISTRICT COURT
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>    v.<br><br>RAYBURN, SAMUEL,<br>        Defendant. | Criminal Case No. 07-00019<br><br>MOTION TO EXTEND TIME FOR FILING <u>PRE-TRIAL DOCUMENTS</u> |

      The above captioned matter is currently set for jury trial, July 2, 2007 at 9:00 a.m. Pursuant to the court's order setting the date for trial, the deadline for submitting certain pre-trial materials is June 25, 2007. For reasons set forth in the attached Declaration of Assistant United States Attorney, Eric S. O'Malley, the Government requests that the deadline be re-set to a date

\\
\\
\\
\\

to be determined by the court.

LEONARDO M. RAPADAS
United States Attorney
District of the Northern Mariana Islands

DATED: 6/25/07          By: *[signature]*
                            Eric S. O'Malley
                            Assistant U.S. Attorney