LEONARDO M. RAPADAS
United States Attorney
ERIC S. O'MALLEY
Assistant United States Attorneys
DISTRICT OF THE NORTHERN
   MARIANA ISLANDS
Horiguchi Building, Third Floor
P.O. Box 500377
Saipan, MP 96950
Telephone:   (670) 236-2982
Fax:         (670) 236-2985

Attorneys for United States of America

# UNITED STATES DISTRICT COURT
# NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 07-00019 |
| Plaintiff, | |
| v. | DECLARATION IN SUPPORT OF MOTION TO EXTEND TIME FOR FILING PRE-TRIAL DOCUMENTS |
| RAYBURN, SAMUEL, | |
| Defendant. | |

I, Eric S. O'Malley, hereby declare the following:

1) I am the Assistant United States Attorney assigned to handle the above-captioned case.

2) I have discussed the matter with defense counsel, Danilo T. Aguilar, he informs me that the defendant in this case has declared his intent to waive speedy trial and to request that the trial date be moved back to a later date. A hearing for the speedy trial waiver is now set for June 26, 2007 at 9:00 a.m.

3) Therefore counsel for the defense has requested, and the Government agrees that the deadline for submission of pre-trial documents be reset for a date to be determined by the court.

LEONARDO M. RAPADAS
United States Attorney
District of the Northern Mariana Islands

DATED: 6/25/07

By: _____
Eric S. O'Malley
Assistant U.S. Attorney