FILED
Clerk
District Court

JUN 26 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 07-00019 |
| ) | |
| Plaintiff ) | |
| ) | ORDER GRANTING |
| v. ) | DEFENDANT RAYBURN'S |
| ) | MOTION TO HIRE |
| SAMUEL RAYBURN, ) | INVESTIGATOR |
| ) | |
| Defendant ) | |
| _____ ) | |

Defendant Rayburn's motion to hire an investigator is granted. **Defendant shall seek written authorization from the court before incurring expenses greater than $1,000.00.**

IT IS SO ORDERED.

DATED this 26th day of June, 2007.

_____
ALEX R. MUNSON
Judge

AO 72
(Rev. 08/82)