# MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

CR-07-00019  
June 26, 2007  
9:20 a.m.

**UNITED STATES OF AMERICA -vs- SAMUEL RAYBURN**

PRESENT:   HON. ALEX R. MUNSON, CHIEF JUDGE PRESIDING
           LYNN LEMIEUX, COURTROOM DEPUTY
           SANAE SHMULL, COURT REPORTER
           ERIC O'MALLEY, ASSISTANT U.S. ATTORNEY
           SAMUEL RAYBURN, DEFENDANT
           DANILO AGUILAR, ATTORNEY FOR DEFENDANT

PROCEEDINGS:  WAIVER OF SPEEDY TRIAL

Defendant was present with court appointed counsel, Attorney Danilo Aguilar. Government by Eric O'Malley, AUSA.

Defendant was sworn. Defendant stated in open Court that he and his attorney needed more time to prepare for trial.

Defendant signed the Waiver Of Speedy Trial pleading in open court. Defendant stated in open court that he wished to waive his right to speedy trial. Defendant was examined as to his understanding of his constitutional rights and his right to a speedy trial.

The Court found that pursuant to Title 18, U.S.C. Code 3161 (h)(8) that the ends of justice would be served by allowing the defense further time to review the evidence in preparation for trial outweigh any other interests the public or the defendant may have in a speedy trial; therefore it was ordered that the jury trial would be waived up until and including, **October 1, 2007** and that jury trial would commence on **Monday, September 10, 2007 at 9:00 a.m.** in this courtroom.

Court adjourned at 9:40 a.m.

/s/K. Lynn Lemieux, Courtroom Deputy