```
                                                          FILED
                                                           Clerk
                                                        District Court

                                                         JUN 2 6 2007

                                                   For The Northern Mariana Islands
                                                   By_____
                                                              (Deputy Clerk)
```

UNITED STATES DISTRICT COURT

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                    )<br>             Plaintiff,             )<br>                                    )<br>        v.                          )<br>                                    )<br>SAMUEL RAYBURN,                     )<br>                                    )<br>             Defendant.             )<br>                                    )<br>_____) | Criminal Case No. 07-00019<br><br>**ORDER GRANTING WAIVER OF SPEEDY TRIAL AND AMENDING SCHEDULING**<br><br>Hearing:    June 26, 2007<br>Time:       9:00 a.m. |

SAMUEL RAYBURN, the defendant, having appeared in open court with his attorney on June 26, 2007, and

The defendant, through his attorney, having represented to the Court that he requests the Court to consider his oral motion in open court to waive speedy trial in order to allow his counsel to effectively prepare his case;

The Court finds pursuant to Title 18, United States Code § 3161 (h)(8) that the ends of justice served by allowing the defense further time to review the evidence in preparation for trial outweighs any other interests the public or the defendant may have in a speedy trial; therefore,

//

//

//

IT IS ORDERED that:

1. Pursuant to the defendant's request and a written voluntary, knowing and intelligent waiver, speedy trial was waived and the time from the execution of this waiver up to and including __10-01-2007__, is hereby excluded from the computing of time within which trial of the offenses contained in the indictment must commence pursuant to the Speedy Trial Act ;

2. The jury trial herein shall commence on __September 10, 2007__; and

3. The following be filed with this Court no later than one week before trial:

   a) Proposed jury voir dire questions;

   b) A joint exhibit list (Government's exhibits numbered; Defendant's exhibits lettered) (one original and three copies for the Court);

   c) A complete set of marked exhibits (with a copy for the Court if practicable);

   d) Proposed verdict forms;

   e) Witness lists for purposes of voir dire only (witness lists shall include: legal names, aliases, nicknames, place of residence, and place of employment) (one original and three copies for the Court); and

//
//
//
//
//
//
//
//
//
//

  f) Proposed jury instructions (those jury instructions upon which agreement cannot be reached shall be submitted in a separate packet, together with the objections and authority therefor of each party.)

IT IS SO ORDERED.

DATED: 6-26-07

                _____
                HONORABLE ALEX R. MUNSON
                Chief Judge, District Court of the NMI

The undersigned parties stipulate to this order both as to form and substance. The defendant specifically acknowledges the waiver of speedy trial and exclusion of time up to and including 10-1-07.

_____  Date: 6-26-07
Defendant

_____  Date: 6/26/07
Attorney for Defendant

LEONARDO M. RAPADAS
United States Attorney
District of the NMI

By: _____  Date: 6/26/07
ERIC S. O'MALLEY
Assistant United States Attorney