FILED
Clerk
District Court

AUG 22 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff  )<br>  )<br>v.  )<br>  )<br>SAMUEL RAYBURN,  )<br>  )<br>Defendant  )<br>_____ ) | Criminal No. 07-00019<br><br>ORDER GRANTING MOTION<br>TO INCUR ADDITIONAL<br>EXPENSES FOR INVESTIGATOR |

BASED UPON the representation of counsel that it is necessary for him to incur additional investigative expenses in preparing the defense of his client, and good cause appearing therefrom; NOW, THEREFORE,

IT IS ORDERED that defendant be and hereby is allowed to incur additional investigative expenses in the sum of $600.00.

DATED this 22nd day of August, 2007.

_____
ALEX R. MUNSON
Judge

AO 72
(Rev. 08/82)