IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>)<br>) CRIMINAL CASE NO. 07-00019<br>)<br>)<br>)<br>) ORDER<br>)<br>)<br>) |
| Plaintiff, | |
| -v- | |
| SAMUEL RAYBURN, | |
| Defendant. | |

Eric O'Malley
Assistant United States Attorney
Northern Mariana District
Horiguchi Building, 3rd Floor
P.O. Box 50377
Saipan, MP 96950

Danilo Aguilar, Esq.
Attorney for Defendant
PMB 886, Box 10001
Saipan, MP 96950

**NOTICE IS HEREBY GIVEN** that the jury trial in the above captioned case shall commence at **1:30 p.m. on Monday, September 10, 2007**.

Dated this 29th day of August, 2007.

ALEX R. MUNSON
Chief Judge