DANILO T. AGUILAR, F0198
Attorney at Law
P.O. Box 505301
First Floor San Jose Court Bldg,
Cor. Ghiyeghi St. & Wischira Way
San Jose, Saipan, MP 96950
TELEPHONE: (670) 234-8801
FAX: (670) 234-1251

Attorney for Defendant
  Samuel Rayburn

IN THE UNITED STATES DISTRICT COURT

OF THE

NORTHERN MARIANA ISLANDS

| UNITED STATES OF AMERICA, | Criminal Case No. 07-00019 |
|---|---|
| Plaintiff, | |
| v. | **DEFENDANT'S EXHIBIT LIST** |
| SAMUEL RAYBURN, | |
| Defendant. | |

  COMES NOW, Defendant Samuel Rayburn, by and through undersigned counsel, and hereby submits his list of exhibits that may be introduced during the trial in this matter:

  A. Plea Agreement of Confidential Source.

  B. Written statement of Confidential Source dated June 6, 2006 pertaining to May 25, 2006 purchase of "Ice".

  C. Written statement of Confidential Source dated June 6, 2006 pertaining to May 30, 2006 purchase of "Ice".

  Defendant reserves the right to introduce any exhibits listed on the exhibit list of the United States.

Respectfully submitted this 30th day of August, 2007.

*[signature]*
_____
**DANILO T. AGUILAR, F0198**
Attorney for Defendant
Samuel Rayburn