F I L E D
Clerk
District Court

AUG 31 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SAMUEL RAYBURN,<br><br>Defendant. | Criminal Action No. 07-00019<br><br>Order Scheduling Pretrial Conference |

Eric O'Malley
Assistant USAG
P.O. Box 500377
Saipan, MP 96950

Danilo T. Aguilar
Attorney at Law
P.O. Box 505301
Saipan, M501280

IT IS HEREBY ORDERED that a Pretrial Conference for Samuel Rayburn is scheduled for Wednesday, September 5, 2007, at 10:30 a.m.

Dated this 31st day of August, 2007.

_____
Judge Alex R. Munson

AO 72
(Rev. 8/82)