LEONARDO M. RAPADAS
United States Attorney
ERIC S. O'MALLEY
Assistant United States Attorney
DISTRICT OF THE
   NORTHERN MARIANA ISLANDS
Horiguchi Building, Third Floor
P.O. Box 500377
Saipan, MP 96950

Telephone:   (670) 236-2980
Fax:           (670) 236-2985

## UNITED STATES DISTRICT COURT
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>       v.<br><br>SAMUEL RAYBURN,<br><br>                Defendant. | Case No.: 07-00019<br><br>**GOVERNMENT'S EXHIBIT LIST**<br><br>Jury Trial:  September 10, 2007<br>Time:        9:00 a.m.<br>Judge:      Hon. Alex R. Munson |

     The United States hereby submits a list of the exhibits it anticipates offering in its case-in-chief at trial of the above-captioned matter.

                                           Respectfully Submitted,

                                           LEONARDO M. RAPADAS
                                           United States Attorney


                                           ___/s/_____
                                           ERIC S. O'MALLEY
                                           Assistant U.S. Attorney

**EXHIBIT LIST**

1. Drugs (5/25/06).

2. Mini disc (5/25/06 conversation, with transcript).

3. Report of Drug Property Collected, Purchased or Seized, (6/27/06).

4. Drugs (5/30/06).

5. Mini disc (5/30/06 conversation, with transcript).

6. Report of Drug Property Collected, Purchased or Seized, (6/27/07).