AO89    (Rev. 7/95) Subpoena in a Criminal Case

# United States District Court
## District of the Northern Mariana Islands

| UNITED STATES OF AMERICA | SUBPOENA |
|---|---|
| v. | IN A CRIMINAL CASE |
| SAMUEL RAYBURN | |

CASE NUMBER: **07-00019**

TO: **JULIET PANALIGAN**
**Capitol Hills**
**Saipan, CNMI**

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE: United States District Court<br>District of the Northern Mariana Islands<br>1st Floor, Horiguchi Building<br>Beach Road, Garapan<br>Saipan, MP 96950 | COURTROOM<br>101 |
|---|---|
| | DATE AND TIME<br>9/10/07 at 1:30 p.m. |
| BEFORE: **JUDGE ALEX R. MUNSON** | |

☐ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| Galo L. Perez, Clerk of Court | |
| (BY) DEPUTY CLERK | AUG 29 2007 |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

**DANILO T. AGUILAR, P.O. Box 505301, Saipan MP 96950, (670) 234-8801**

AO89    (Rev. 7/95) Subpoena in a Criminal Case (Reverse)

| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED BY SERVER | DATE<br>August 30, 2007 | PLACE<br>Law Offices of Danilo T. Aguilar, San Jose |
| SERVED | DATE<br>August 30, 2007 | PLACE<br>Residence, Capitol Hills, Saipan, CNMI |
| SERVED ON (PRINT NAME)<br>JULIET PANALIGAN | | FEES AND MILEAGE TENDERED TO WITNESS<br>☐ YES   ☐ NO   AMOUNT $ _____ |
| SERVED BY (PRINT NAME)<br>JAVIER M. ATALIG JR. | | TITLE<br>PROCESS SERVER |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on  8-30-07
DATE

SIGNATURE OF SERVER
San Jose, Saipan

ADDRESS OF SERVER
San Jose, Saipan

ADDITIONAL INFORMATION