1  LEONARDO M. RAPADAS
   United States Attorney
2  ERIC S. O'MALLEY
   Assistant United States Attorney
3  DISTRICT OF THE NORTHERN
           MARIANA ISLANDS
4  Horiguchi Building, Third Floor
   P. O. Box 500377
   Saipan, MP 96950-0377
5  Telephone:    (670) 236-2980
   Fax:          (670) 236-2985
6
   Attorneys for United States of America
7
                   UNITED STATES DISTRICT COURT
8
                   NORTHERN MARIANA ISLANDS
9

10  UNITED STATES OF AMERICA,        )      Criminal Case No. 07-00019
                                     )
11                    Plaintiff,     )
                                     )
12         v.                        )
                                     )
13  RAYBURN, SAMUEL                  )            JOINT STATEMENT OF
                                     )            ELEMENTS OF THE OFFENSE
14                    Defendant.     )
                                     )
15  _____ )

16

17  The above-captioned matter is set for jury trial to begin September 10, 2007 at 1:30 P.M.  In

18  preparation for said trial, the undersigned parties hereby agree and stipulate to the attached statement of

    the elements of each offense.
19
                                         LEONARDO M. RAPADAS
20                                       United States Attorney
                                         District of the Northern Mariana Islands
21

22  _____/s/_____         _____/s/_____
    DANILO AGUILAR, ESQ.                 ERIC S. O'MALLEY
23  Attorney for Defendant               Assistant U.S. Attorney

24  Date: 9/5/07                         Date: 9/5/07

25

COUNT I

To establish the offense of Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance, a violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(C),  the government must prove each of the following elements beyond a reasonable doubt:

1.    That there was an agreement between two or more persons to distribute and possess with the intent to distribute a controlled substance (in this case, methamphetamine in the form known commonly as "ice"); and

2.    that the defendant became a member of the conspiracy knowing at least one of its objects and intending to help accomplish it; and

3.    that at least one member of the conspiracy took a substantial step toward committing the crime.

COUNT II

To establish the offense of Distribution and Possession with Intent to Distribute a Controlled Substance, a violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), the government must prove each of the following elements beyond a reasonable doubt:

1.    That the defendant knowingly possessed a controlled, namely methamphetamine in a form commonly known as "ice"; and

2.    the defendant intended to deliver the ice to another person.