```
DANILO T. AGUILAR, F0198
Attorney at Law
P.O. Box 505301
First Floor San Jose Court Bldg,
Cor. Ghiyeghi St. & Wischira Way
San Jose, Saipan, MP 96950
TELEPHONE: (670) 234-8801
FAX: (670) 234-1251
```

Attorney for Defendant
    Samuel Rayburn

IN THE UNITED STATES DISTRICT COURT

OF THE

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 07-00019 |
| Plaintiff, | |
| v. | **STIPULATED JOINT STATEMENT OF CASE** |
| SAMUEL RAYBURN, | |
| Defendant. | |

The above-captioned matter is set for jury trial to begin September 10, 2007 at 1:30 P.M. In preparation for said trial, the undersigned parties hereby agree and stipulate to the attached statement of the case, to be read to the jury.

                                        LEONARDO M. RAPADAS
                                        United States Attorney
                                        District of the Northern Mariana Islands

| /s/ | /s/ |
|---|---|
| DANILO AGUILAR, ESQ. | ERIC S. O'MALLEY |
| Attorney for Defendant | Assistant U.S. Attorney |
| Date: September 05, 2007 | Date: September 05, 2007 |

**<u>JOINT STATEMENT OF THE CASE TO THE JURY</u>**

**LADIES AND GENTLEMEN OF THE JURY, THE MATTER YOU WILL BE CONSIDERING DURING THIS TRIAL INVOLVES THE ALLEGED POSSESSION AND DISTRIBUTION OF METHAMPHETAMINE, MORE COMMONLY KNOWN AS "ICE". THE DEFENDANT IS BEING TRIED ON TWO DISTINCT CHARGES. THE FIRST CHARGE IS CONSPIRACY TO POSSESS AND INTENTIONALLY DISTRIBUTE "ICE". THE SECOND CHARGE IS ACTUAL POSSESSION WITH THE INTENT TO DISTRIBUTE "ICE".**