LEONARDO M. RAPADAS
United States Attorney
ERIC S. O'MALLEY
Assistant United States Attorney
DISTRICT OF THE NORTHERN MARIANA ISLANDS
Horiguchi Building, Third Floor
P. O. Box 500377
Saipan, MP 96950-0377
Telephone:   (670) 236-2980
Fax:              (670) 236-2985

Attorneys for United States of America

UNITED STATES DISTRICT COURT
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | Criminal Case No. 07-00019 |
|                              ) | |
|           Plaintiff,             ) | |
|                              ) | |
|   v.                          ) | |
|                              ) | |
| RAYBURN, SAMUEL                ) | STIPULATION OF FACTS |
|                              ) | |
|           Defendant.            ) | |
|  _____) | |

The parties in the above-captioned case hereby agree and stipulate to the following facts:

1. The crystalline substance recovered from the Cooperating Source on May 25, 2006 was .40 grams (net weight) of d-Methamphetamine HCl that was 98% pure.

2. The crystalline substance recovered from the Cooperating Source on May 30, 2006 was .82 grams (net weight) of d-Methamphetamine HCl that was 99% pure.

                                              LEONARDO M. RAPADAS
                                              United States Attorney
                                              District of the Northern Mariana Islands

_____/s/_____          _____/s/_____
DANILO AGUILAR, ESQ.                         ERIC S. O'MALLEY
Attorney for Defendant                       Assistant U.S. Attorney

Date: 9/07/07                                Date: 9/07/07