1   DANILO T. AGUILAR, F0198
    Attorney at Law
2   P.O. Box 505301
    First Floor San Jose Court Bldg,
3   Cor. Ghiyeghi St. & Wischira Way
    San Jose, Saipan, MP 96950
4   TELEPHONE: (670) 234-8801
    FAX: (670) 234-1251
5
    Attorney for Defendant
6        Samuel Rayburn

7                 IN THE UNITED STATES DISTRICT COURT

8                                 OF THE

9                      NORTHERN MARIANA ISLANDS

10

11  UNITED STATES OF AMERICA,              Criminal Case No. 07-00019

12                        Plaintiff,

13              v.                         **MOTION IN LIMINE TO
                                           EXCLUDE TAPE RECORDING
14  SAMUEL RAYBURN,                        FROM MAY 25, 2006 AND
                                           TRANSCRIPT OF THE
                                           RECORDING**
15                        Defendant.

16

17          COMES NOW, Defendant Samuel Rayburn, by and through

18  undersigned counsel, and hereby requests for an order excluding a recording

19  obtained on May 25, 2006 and the transcript of that recording.  Defendant submits

20  that the recording is so poor in quality and is garbled, thus rendering the recording

21  as "untrustworthy, confusing, and of little or no probative value."  In addition

22  Defendant also requests the exclusion of the transcript prepared for that recording

23  because the transcript is not an accurate rendition of the contents of the recording.

24

25          As an alternative to complete exclusion of the recording or the

26  transcript, Defendant requests for a limiting instruction regarding the use of the

27  transcript as a substitute for the tape recording and to deny the admission of the

28

1   transcript into evidence. *See United States v. Turner*, 528 F.2d 143 (9th Cir. 1975).

2   Proposed limiting instructions have been enclosed for the Court's consideration.

3   *See United States v. Singleton*, 125 F.3d 1097, 1105 (7th Cir. 1998); Exhibits A

4   and B.

5
            Respectfully submitted this 7th day of September, 2007.
6

7

8                                                    _____/s/_____
                                                     **DANILO T. AGUILAR, F0198**
9                                                    Attorney for Defendant
                                                     Samuel Rayburn
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**EXHIBIT "A"**

Ladies and gentlemen, the tape recording (you will hear)(that you have heard of the conversation identified by this witness, I have (have not) received it into evidence and it will be played for you in a few moments. Transcripts of that recording are going to be furnished to you for your guidance in listening to the recording and you will be able to clarify portions of the recording which may be difficult to hear and to identify the speakers you hear on the recording.

The recording, however, what you hear, is the evidence in the case and the transcripts are not evidence. If you perceive any variation between what you hear on the recording and the transcript, then you will be guided solely by what you hear and not by the transcripts.

If you cannot determine from the recording that particular words were spoken, you must disregard the transcripts insofar as those words are concerned. In other words, what you hear is the evidence and not what you see on the transcript. Those are just an aid or a guide.

I will instruct you now after the transcript is passed out to you that you are not to read the transcript or look at the transcript until after the recording starts. Then you can follow along while the recording plays, on the transcript.

3

1

**<u>EXHIBIT "B"</u>**

2

3        I will remind the jury that what you hear on the recording, which the

4    recording (has now)(has not) been admitted into evidence, is the evidence, and not

5    what you may see on the transcript.  So that if there is anything that is not audible

6    on the recording or that is at variance with the transcript, you will be governed by

7    what you hear, not what you read.  We will follow the same procedure as we did

8    previously.  That is that you may look at the transcript once the recording starts to

9    play, and don't turn a page until I indicate that you may. In other words, don't try

10   to read to the end of the story before we get through it.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28