AO89   (Rev. 7/95) Subpoena in a Criminal Case

# United States District Court
## District of the Northern Mariana Islands

UNITED STATES OF AMERICA

v.

SAMUEL RAYBURN

**SUBPOENA IN A CRIMINAL CASE**

CASE NUMBER: **07-00019**

TO:  JAMES CHUA
L.J. Store, Chalan Kanoa
Saipan MP 96950

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE: United States District Court<br>District of the Northern Mariana Islands<br>1st Floor, Horiguchi Building<br>Beach Road, Garapan<br>Saipan, MP 96950 | COURTROOM<br>101 |
|---|---|
| BEFORE: **JUDGE ALEX R. MUNSON** | DATE AND TIME<br>9/10/07 at 1:30 p.m. |

☐ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT<br><br>Galo L. Perez, Clerk of Court | DATE |
|---|---|
| (BY) DEPUTY CLERK *[signature]* | SEP - 6 2007 |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

**DANILO T. AGUILAR, P.O. Box 505301, Saipan MP 96950, (670) 234-8801**

AO89     (Rev. 7/95) Subpoena in a Criminal Case (Reverse)

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| RECEIVED BY SERVER | September 07, 2007 | Law Offices of Danilo T. Aguilar, San Jose |
| SERVED | DATE September 07, 2007 | PLACE Chalan Kanoa, Saipan, NMI |

| SERVED ON (PRINT NAME) | FEES AND MILEAGE TENDERED TO WITNESS |
|---|---|
| JAMES CHUA | ☐ YES   ☐ NO   AMOUNT $ _____ |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| JAVIER M. ATALIG JR. | PROCESS SERVER |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on  9-7-07
              DATE

SIGNATURE OF SERVER

San Jose, Saipan, CNMI
ADDRESS OF SERVER

ADDITIONAL INFORMATION