LEONARDO M. RAPADAS
United States Attorney
ERIC S. O'MALLEY
Assistant United States Attorney
DISTRICT OF THE
   NORTHERN MARIANA ISLANDS
Horiguchi Building, Third Floor
P.O. Box 500377
Saipan, MP 96950

Telephone:   (670) 236-2980
Fax:   (670) 236-2985

## UNITED STATES DISTRICT COURT
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>SAMUEL RAYBURN,<br><br>             Defendant. | Case No.: 07-00019<br><br>**GOVERNMENT'S AMENDED WITNESS LIST**<br><br>Jury Trial:  September 10, 2007<br>Time:        1:30 p.m.<br>Judge:      Hon. Alex R. Munson |

The United States hereby submits a list of the witnesses it may call to testify at trial of the above-captioned matter.

                                      Respectfully Submitted,

                                      LEONARDO M. RAPADAS
                                      United States Attorney


                                      ____/s/_____
                                      ERIC S. O'MALLEY
                                      Assistant U.S. Attorney

**FACT WITNESSES**

1. Deborah Muusers, Saipan, MP, U.S. Drug Enforcement Administration
2. Peter Camacho, Saipan, MP, C.N.M.I. Department of Public Safety
3. Norman Rasiang, Saipan, MP, C.N.M.I. Department of Public Safety
4. Alfred Celes, Saipan, MP, C.N.M.I. Department of Public Safety
5. Danny Punimata, Saipan, MP, C.N.M.I. Department of Public Safety
6. Sean White, Kent, Washington (formerly C.N.M.I. Department of Customs)
7. Charles (a.k.a. "Carlos") Torres, Saipan, MP, not employed
8. Glen Ferreira, U.S. Marshal Service, Honolulu
9. Michelle Jong, Guam DEA

**EXPERT WITNESSES**

1. Amy L. Harman, Vista, California, U.S. Department of Justice