LEONARDO M. RAPADAS
United States Attorney
ERIC S. O'MALLEY
Assistant United States Attorney
DISTRICT OF THE
   NORTHERN MARIANA ISLANDS
Horiguchi Building, Third Floor
P.O. Box 500377
Saipan, MP 96950

Telephone:  (670) 236-2980
Fax:  (670) 236-2985

**UNITED STATES DISTRICT COURT**
**NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>      v.<br><br>SAMUEL RAYBURN,<br><br>                Defendant. | Case No.: 07-00019<br><br>**GOVERNMENT'S AMENDED EXHIBIT LIST**<br><br>Jury Trial:  September 10, 2007<br>Time:  1:30 p.m.<br>Judge:  Hon. Alex R. Munson |

      The United States hereby submits a list of the exhibits it anticipates offering in its case-in-chief at trial of the above-captioned matter.

                                                      Respectfully Submitted,

                                                      LEONARDO M. RAPADAS
                                                    United States Attorney


                                                    ___/s/_____
                                                    ERIC S. O'MALLEY
                                                    Assistant U.S. Attorney

## **EXHIBIT LIST**

1. Drugs (5/25/06).

2. Mini disc (5/25/06 conversation, with transcript and cassette copy).

3. Drugs (5/30/06 ).

4. Mini cassette (5/30/06 conversation, with transcript and cassette copy).

5. Stipulation of Facts (regarding drugs).