# TRIAL MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

CR-07-00019                                   September 10, 2007
                                              8:00 a.m.


### UNITED STATES OF AMERICA -v- SAMUEL RAYBURN

PRESENT:   Hon. Alex R. Munson
           Sanae Shmull, Court Reporter
           Galo L. Perez, Clerk of Court
           K. Lynn Lemieux, Courtroom Deputy
           Tina Matsunaga, Deputy Clerk

At 8:00 a.m. 46 jurors appeared for jury orientation.   46 jurors were empaneled and instructed by the Court and ordered to return at 1:30 p.m. to begin trial.


PRESENT:   Hon. Alex R, Munson, Chief Judge
           Sanae Shmull, Court Reporter
           K. Lynn Lemieux, Courtroom Deputy
           Eric O'Malley, Assistant U. S. Attorney
           Maravic David, Assistant U.S. Attorney
           Danilo Aguilar, Attorney for Defendant
           Samuel Rayburn, Defendant

PROCEEDINGS:    Jury Selection

Government by Eric O'Malley and Maravic David, AUSAs.   Attorney Danilo Aguilar was present on behalf and with defendant Samuel Rayburn.   Also present was Deborah Muusers, DEA Agent.  46 potential jurors were present.

Jurors were sworn and Court began voir dire of Panel 70701.

At 3:45 p.m. a panel of twelve jurors and two alternates were seated and sworn.  Juror #1: Errett, Rosalina; Juror #2: Rogolifoi, Fabiana; Juror #3: Lifoifoi, Allan; Juror #4: Lizama, Linda; Juror #5: Taylor, Celina; Juror #6: Torres, Rosello; Juror #7: Manglona, Tom; Juror #8: Lochabay, David;  Juror #9: Sablan, Verna; Juror #10: Iguel, Jolynn; Juror #11: Narcis, Nathan; Juror #12: Palacios, Beatrice; Alternate Juror #1: Ogumoro, Joaquin; Alternate Juror #2: Rangamar, Daniel.

At 3:50 p.m. court recessed the jurors for the evening admonishing them not to talk with anyone about the case, not to read the newspaper or listen to the media and to return tomorrow morning at 9:00 a.m. to continue the trial.

Defense moved for witness exclusion until the witness was called to testify. Court so ordered.

Outside the presence of the jury, parties discussed with the Court matters pertaining to witnesses and expert witnesses.

Adjourned 3:55 p.m.

/s/K. Lynn Lemieux,  Court Deputy