# CRIMINAL JURY PEREMPTORY CHALLENGE SHEET

| DATE | Monday, September 10, 2007 | DOCKET NO. | CR-07-00019 |
|---|---|---|---|
| CAPTION | United States of America    -vs- | | SAMUEL RAYBURN |
| ATTORNEYS | Eric O'Malley, AUSA | | Danilo Aguilar, Esq. |

| | 7 | | 8 | | 9 | | 10 | | 11 | | 12 | | ALTERNATE 2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Manglona, Tom | DP | ~~Palacios, Margarita~~ | DP | ~~Blas, Donna~~ | | Iguel, Jolynn | | Narcis, Nathan | | Palacios, Beatrice | CC | ~~Castro, Adrian~~ |
| | | DP | ~~Castro, Priscilla~~ | DP | ~~Castro, Gloria~~ | | | | | | | | Rangamar, Daniel |
| | | CC | ~~Sasamoto, Gregorio~~ | | Sablan, Verna | | | | | | | | |
| | | DP | ~~Aldan, Jennifer~~ | | | | | | | | | | |
| | | CC | ~~Supnet, Fausto~~ | | | | | | | | | | |
| | | | Lochabay, David | | | | | | | | | | |

| | 1 | | 2 | | 3 | | 4 | | 5 | | 6 | | ALTERNATE 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Errett, Rosalina | | Rogolifoi, Fabiana | DP | ~~Lizama, Joseph~~ | | Lizama, Linda | CC | ~~Kramer, Kenneth~~ | DP | ~~San Nicolas, Juana~~ | | Ogumoro, Joaquin |
| | | | | GP | ~~Villagomez, Jadene~~ | | | | Taylor, Celina | | Torres, Rosello | | |
| | | | | GP | ~~Pua, Damian~~ | | | | | | | | |
| | | | | DP | ~~Reyes, Robert~~ | | | | | | | | |
| | | | | | Lifoifoi, Allan | | | | | | | | |

CODES:  **CC** = *Challenge for Cause*   **DP** = *Defendant's Peremptory Challenge*   **GP** = *Government's Peremptory Challenge*

Form NMI-CRJY01 (Rev. 06/01)

## CHALLENGES TAKEN

| PLAINTIFF | | DEFENSE | |
|---|---|---|---|
| CHALLENGE | ACTION | CHALLENGE | ACTION |
| 1 | PASS | 1 | Lizama, Joseph |
| | | 2 | San Nicolas, Juana |
| 2 | Villagomez, Jadene | 3 | Palacios, Margarita |
| | | 4 | Blas, Donna |
| 3 | Pua, Damian | 5 | Reyes, Robert |
| | | 6 | Castro, Gloria |
| 4 | PASS | 7 | Castro, Priscilla |
| | | 8 | PASS |
| 5 | PASS | 9 | Aldan, Jennifer |
| 6 | PASS | 10 | PASS |

## ALTERNATES

| 1 | PASS | 1 | PASS |
|---|---|---|---|
| 2 | | 2 | |