FILED
Clerk
District Court

SEP 11 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

CR 07-00019

TO FILE  Rec'd 9:00 AM
09/14/07  9-11-07

Jury #5 - Mrs. Celina Taylor

---

This is to inform the court when witnesses were mentioned, Mr. James Phillips, I didn't know that was Mr. Phillips. My husband's coworker was Mr. Phillips wife. but we don't really associate w/ Mr. Phillips.
Sorry for the ~~inconvient~~
             Mrs. Celina Taylor