Judge Munson:

> FILED
> Clerk
> District Court
>
> SEP 12 2007
>
> For The Northern Mariana Islands
> By_____
> (Deputy Clerk)

The Jury has reached a verdict in Criminal Case No 07-00019

Received
9-12-07
3:17 pm
Alex R. Munson