F I L E D
Clerk
District Court

SEP 1 2 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> SAMUEL RAYBURN, ) <br> ) <br> Defendant. ) <br> ) | Criminal Case No.: 07-00019 <br><br> **VERDICT FORM** <br><br> Jury Trial:   September 10, 2007 <br> Time:         1:30 p.m. <br> Judge:        Hon. Alex Munson |

We, the jury, render the following unanimous verdict as to Counts One and Two of the Indictment:

As to **COUNT ONE**, Conspiracy to Possess With Intent to Distribute and to Distribute a Controlled Substance, we the jury find the defendant, Samuel Rayburn:

_____ GUILTY          __X__ NOT GUILTY

If you find the defendant guilty of the charge contained in Count One of the Indictment, please answer by filling in the amount below:

Having found the defendant guilty of the charge contained in Count One of the Indictment, we unanimously find that the defendant, between May 25, 2006, and May 30, 2006, conspired to possess with intent to distribute and to distribute _____ grams of methamphetamine in the form commonly known as "ice."

As to **COUNT TWO**, Distribution and Possession With Intent to Distribute a Controlled Substance, we the jury find the defendant, Samuel Rayburn:

_____ GUILTY          __X__ NOT GUILTY

If you find the defendant guilty of the charge contained in Count Two of the Indictment, please answer by filling in the amount below:

Having found the defendant guilty of the charge contained in Count Two of the Indictment, we unanimously find that the defendant, on or about May 25, 2006, distributed and possessed with intent to distribute _____ grams of methamphetamine in the form commonly known as "ice."

_____
Jury Foreperson

CERTIFICATION

I, as Foreperson, certify that the above decision represents the unanimous verdict of each and every juror in this case.

_____
Jury Foreperson

Dated: 9-12-07
Saipan, CNMI