FILED
Clerk
District Court

SEP 12 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> -V- ) <br> ) <br> SAMUEL RAYBURN, ) <br> ) <br> Defendant. ) <br> ) | CRIMINAL CASE NO. 07-00019 <br><br> JUDGMENT OF ACQUITTAL |

The above-named defendant having been found not guilty by the Jury on September 12, 2007 to Conspiracy to Possess with Intent to Distribute and to Distribute a Controlled Substance as charged in Counts One and Two in violation of Title 21, United States Code, Sections 846, 841 (a)(1) and 841 (b)(1)(C).

IT IS ORDERED that as to Counts One and Two in the indictment, the defendant Samuel Rayburn is hereby acquitted and discharged.

Dated this 12th day of September, 2007.

_____
Hon. Alex R. Munson, Chief Judge

AO 72
(Rev. 08/82)