FILED
Clerk
District Court

DEC -4 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00019 |
| Plaintiff, | ) | |
| vs. | ) | EXIHIBIT WITHDRAWAL RECEIPT |
| SAMUEL RAYBURN, | ) | |
| Defendant, | ) | |

EXHIBIT WITHDRAWAL RECEIPT

Request for and receipt is acknowledged of the following **exhibits/documents** filed in the above matter.

AS PER ATTACHED PLAINTIFF'S EXHIBIT LIST

Dated: Dec. 04, 2007

Acknowledge by: _____
Office of the U.S. Attorney
3rd Floor Horiguchi Bldg.
Saipan, MP 96950

U.S. ATTORNEY'S OFFICE
DISTRICTS OF GUAM & NMI
DEC 04 2007
RECEIVED

Approved: _____
Ignacio C. Benavente
Chief Deputy Clerk

AO 187

# EXHIBIT AND WITNESS LIST

| | | |
|---|---|---|
| United States of America -vs- Samuel Rayburn | | District Court   Northern Mariana Islands |
| **Government's Attorneys**  Eric O'Malley, AUSA  Maravic David, AUSA | **Defendant's Attorney**  Danilo Aguilar, Esq | **Docket Number:** CR-07-00019  **Trial Date(s):** September 11, 2007 |
| **Presiding Judge**  Alex R. Munson, Chief Judge | **Court Reporter**  Sanae Shmull | **Courtroom Deputys**  K. Lynn Lemieux and Tina Matsunaga |

| GOV NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| W1 | | 09/11/07 | | | PETER RAYMOND CAMACHO |
| *1 | | 09/11/07 | 09/11/07 | 09/11/07 | Drugs  *Returned to SA Deborah Muusers* |
| 2 | | 09/11/07 | 09/11/07 | 09/11/07 | Mini Disc Cassette |
| 2A ✓ | | 09/11/07 | 09/11/07 | 09/11/07 | Cassette Recording |
| *3 | | 09/11/07 | 09/11/07 | 09/11/07 | Drugs from Second Buy |
| 4 | | 09/11/07 | 09/11/07 | 09/11/07 | Micro Cassette used in May 30th Drug Buy |
| 4A ✓ | | 09/11/07 | 09/11/07 | 09/11/07 | CD of Cassette Recording |
| W2 | | 09/11/07 | | | CHARLES CABRERA TORRES |
| 2B ✓ | | 09/11/07 | 09/11/07 | 09/11/07 | Written Transcripts |
| 2C ✓ | | 09/11/07 | 09/11/07 | 09/11/07 | Recording of Excerpts |
| 4B ✓ | | 09/11/07 | 09/11/07 | 09/11/07 | Transcript from May 30th |
| W3 | | 09/11/07 | | | DEBORAH MUUSERS |
| 5 ✓ | | 09/11/07 | 09/11/07 | 09/11/07 | Stipulation between the Parties |
| | W1 | 09/11/07 | | | JAMES PHILLIPS |
| | W2 | 09/12/07 | | | RICHARD JOHN SZUMIEL |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.